## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
### Eastern Division

John Hubbell

Plaintiff,

v.
                                      Case No.: 1:09−cv−07598

                                      Honorable Amy J. St. Eve

Northeastern Financial, LLC

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 26, 2010:

      MINUTE entry before Honorable Amy J. St. Eve:Case called for status hearing on 4/26/10. Plaintiff failed to appear as previously ordered. This case is hereby dismissed without prejudice for failure to prosecute. All pending dates and deadlines are stricken. Civil case terminated. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.